OPINION — AG — QUESTION: IS SENATE BILL NO. 341 CONSTITUTIONAL. THE ACT PURPORTS TO PLACE ADDITIONAL DUTIES UPON AN RAISE THE SALARIES OF THE COUNTY COMMISSIONERS, COUNTY CLERK, COURT JUDGE, AND COUNTY ATTORNEY IN COUNTIES "HAVING BOTH A FEDERAL FLOOD CONTROL IMPOUNDMENT AND A FEDERAL FOREST RESERVE THEREIN." ANSWER: UNCONSTITUTIONAL CITE: 74 O.S. 1961 214 [74-214], ARTICLE V, SECTION 46, ARTICLE V, SECTION 59, ARTICLE V, SECTION 32 (BURCK BAILEY)